UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>         Plaintiff,<br><br>   v.<br><br>AHMED SAEED DOBASHI, et al.,<br><br>         Defendants. | Case No. 24-cv-01186-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties filed a notice advising the Court that the parties in above captioned matter settled. They appear to expect to file a stipulation of dismissal within thirty days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: May 5, 2025

_____
SALLIE KIM
United States Magistrate Judge